United States Bankruptcy Court

Middle District of Pennsylvania

In re:                  Case No. 25-02461-MJC

Izabella Marie Alvarez            Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jan 07, 2026 | Form ID: fnldec | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Izabella Marie Alvarez, 303 Main St Apt 2, Nicholson, PA 18446 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2026        Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Izabella Marie Alvarez usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email;carlo@ecf.courtdrive.com |
| Lawrence G. Frank | lawrencegfrank@gmail.com PA39@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Izabella Marie Alvarez,<br>aka Izabella M Alvarez, aka Izabella Alvarez, | Chapter | 7 |
| **Debtor 1** | Case No. | 5:25−bk−02461−MJC |

Social Security No.:
    xxx−xx−8867

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

    **Lawrence G. Frank**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

    By the Court,

    Mark J. Conway, United States Bankruptcy Judge

    Dated: January 7, 2026

**fnldec** (01/22)